USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREEK SHUFORD,

                Plaintiff,

- against -

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

09 Civ. 945 (PKC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a settlement conference before the Court on July 13, 2009,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** appear before the Court for a telephonic conference on **July 15, 2009, at 4:00 p.m.**

**SO ORDERED this 14th day of July 2009**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge