USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TYREEK SHUFORD,

                             Plaintiff,

          -against-

CITY OF NEW YORK, New York City Department of
Correction (DOC) Commissioner MARTIN F. HORN;
DOC Chief of Department CAROLYN THOMAS; DOC
Deputy Commissioner RICHARD R. WHITE; GREGORY
MCLAUGHLIN, DOC Warden at Robert N. Davoren
Complex; DOC Officer JAMES DAVIS, Shield 14677;
DOC Officer TAWANN GUICE, Shield 15437; DOC
Officer DARLENE SANDERS, Shield 9591; and DOC
Officers JOHN/JANE DOES #1-5,

                             Defendants.
-----------------------------------------------------------x

09 Civ. 00945(PKC)

**FINAL JUDGMENT**

Upon application of plaintiff dated March 17, 2010

It is hereby ORDERED, ADJUDGED and DECREED that, without objection from counsel for defendant, Davis:

      Final judgment is entered in favor of plaintiff TYREEK SHUFORD and against

Defendant JAMES DAVIS; and

      Defendant JAMES DAVIS is to pay plaintiff TYREEK SHUFORD the amount of

ONE THOUSAND and FIVE HUNDRED DOLLARS ($1,500).

So Ordered, Enter Judgment.

New York, New York
____4-2____, 2010

_____
HON. P. KEVIN CASTEL, U.S.D.J.

Judgment entered _____, 2010

_____
CLERK OF THE COURT